**Order entered July 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00376-CR

**FREDRICK CARSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1354167-P**

## ORDER

The Court has before it a letter from court reporter Lisabeth Kellett explaining the delay in filing the reporter's record in this appeal. We will treat the letter as a request for additional time to file the record. As such, we **GRANT** the request.

We **ORDER** Lisabeth Kellett, official court reporter of the 203rd Judicial District Court, to file the reporter's record in this appeal within **TWENTY DAYS** of the date of this order.

/s/     LANA MYERS
         JUSTICE